IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AARON L. STEVENSON,
FDOC Inmate No. P52705,
     Plaintiff,

vs.                                 Case No.: 3:19cv78/MCR/EMT

ESCAMBIA COUNTY JAIL, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1) ( Plaintiff subsequently filed an amended complaint (ECF No. 5)). By order of this court dated January 22, 2019, the court provided Plaintiff thirty (30) days in which to either submit a motion to proceed in forma pauperis or pay the filing fee (ECF No. 3). On two subsequent occasions, Plaintiff submitted motions to proceed in forma pauperis, but each motion (ECF Nos. 6, 13) had defects resulting in court orders directing Plaintiff to file a proper motion (*see* ECF Nos. 7, 14). Plaintiff failed to submit a motion to proceed in forma pauperis or pay the filing fee by the latest deadline; therefore, on August 6, 2019, the court issued an order requiring Plaintiff

to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 15).

Although the show cause order was returned by the Northwest Florida Reception Center in Chipley, Florida (Plaintiff's address of record when he filed his complaint) as undeliverable (*see* ECF No. 16), the court re-sent a copy of the show cause order to Plaintiff at his new address, the Gainesville Work Camp, 700 NE 55th Blvd., Gainesville FL 32641-6067, on August 28, 2019 (*see* ECF No. 17). As of the date of this Report and Recommendation, Plaintiff has not paid the filing fee, filed a motion to proceed in forma pauperis, or explained his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 20th day of September 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.